UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK SIMS
    Plaintiff

V.

                            CIVIL ACTION: 14-10427-RWZ

HANGTIME, INC.
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                      October 14, 2014

In accordance with the court's order dated 8/26/14 the above-entitled action is hereby voluntarily dismissed with prejudice.

By the Court,

/s/
Deputy Clerk

disml.ord